R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
Peter C. Prynkiewicz; AZ Bar No. 015256
pprynkiewicz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendant
Allstate Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PAUL BLACK,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 (DIVERSITY)**<br><br>(Maricopa County Superior Court Case No. CV2017-014429) |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Allstate Insurance Company ("Defendant"), hereby removes the above-entitled action from the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona.  Defendant makes the removal because this Court has original jurisdiction under 28 U.S.C. § 1332 and the action is removable under 28 U.S.C. §§ 1441(b), 1446, and Local Rule of Civil Procedure 3.6.

In support of this Notice of Removal, Defendant states the following:

1.     On November 8, 2017, Plaintiff Paul Black ("Plaintiff") filed a Complaint in the Maricopa County Superior Court, entitled *Paul Black v. Allstate Insurance Company,*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1. Case No. CV2017-014429 (the "State Court Action"). The Complaint alleges two causes of action under Arizona state law: (1) failure to pay wages, and (2) breach of contract.

2. On December 6, 2017, Defendant's statutory agent was served by process server the Summons and Complaint. On December 22, 2017, Defendant filed a Stipulated Motion and proposed order requesting an extension to and through January 12, 2018, to file its response to the Complaint. A true and correct copy of all process, pleadings, and orders in the State Court Action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached as **Exhibit 1**.

3. Accordingly, Defendant has filed this Notice of Removal within 30 days after service of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b).

4. This Court has original jurisdiction over the action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Defendant is now, and was at the time this action commenced, diverse in citizenship from Plaintiff.

5. Specifically, Plaintiff is presently domiciled in Maricopa County, Arizona and was domiciled there at the time this action commenced. Plaintiff was at that time, and is now, a citizen of the State of Arizona. Defendant is not, nor was at the time the suit commenced, a citizen of the State of Arizona. Defendant is presently a citizen of the States of Delaware and Illinois and was a citizen of the States of Delaware and Illinois at the time this action commenced. Specifically, Defendant is a corporation that is incorporated under the laws of the State of Delaware and whose principal place of business is in the State of Illinois. Therefore, Plaintiff is diverse in citizenship from Defendant.

6. Defendant need only establish that the amount in controversy exceeds $75,000 by a preponderance of the evidence, that is, that it is more likely than not that the amount in controversy exceeds $75,000. *See Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

547, 551 (2014); *Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997); *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

7. Plaintiff is seeking wages in the form of a final sign-on bonus installment, in the amount of $35,000 which he seeks to have <u>trebled</u> pursuant to A.R.S. §23-355, as well as attorneys' fees, expenses, costs, pre- and post-judgment interest. *See Complaint,* ¶¶ 1, 15, 24 and prayer for relief. Based on the allegations in Plaintiff's Complaint, the amount in controversy far exceeds $75,000. Specifically, the $35,000 amount that Plaintiff seeks to have trebled under A.R.S. §23-355 is $105,000. Plaintiff also seeks attorneys' fees under A.R.S. §12-341.01. When a statute authorizes an award of penalties or attorneys' fees to a plaintiff, courts consider those potential recoveries for purposes of calculating the amount in controversy. *See, e.g., Chabner v. United of Omaha Life Ins. Co.*, 225 F.3d 1042, 1046 n.3 (9th Cir. 2000); *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir.1998). Accordingly, the amount in controversy in this case meets the jurisdictional requirement.

8. Under 28 U.S.C. § 1441(b), venue of the removed action is proper in this Court as the district and division embracing the place where the State Action is pending.

9. The Notice to Adverse Parties of Removal to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. §1446(d), and a copy is attached as **Exhibit 2**.

10. The Notice to State Court of Removal of Civil Action to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. § 1446(d), and a copy is attached as **Exhibit 3**.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-3-

RESPECTFULLY SUBMITTED this 5th day of January, 2018

*s/ R. Shawn Oller*
R. Shawn Oller
Peter C. Prynkiewicz
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Allstate Insurance Company

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 5th day of January, 2018 to:

Trey Dayes
Sean C. Davis
Preston K. Flood
PHILLIPS DAYES LAW FIRM
3101 North Central Avenue, Suite 1100
Phoenix, Arizona  85012

*s/ Danielle Lohman*

Firmwide:152067001.1 074093.1029

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600