# EXHIBIT 1

# EXHIBIT 1

**In the Superior Court of the State of Arizona
In and For the County of** Maricopa

Case **CV2017-014429**

CIVIL COVER SHEET - NEW FILING ONLY
(Please Type or Print)

Interpreter Needed?  ☐ Yes ☒ No

If yes, what language:

MICHAEL K. JEANES, CLERK
BY A Malcome
DEP

ELECTRONICALLY FILED

17 NOV -8  PM 4: 02

Plaintiff's Attorney   Preston Flood

Attorney Bar Number   032764

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Paul Black | c/o Phillips Dayes Law Firm PC | 602-288-1610 | prestonf@phillipsdayeslaw.com |
| | 3101 North Central Avenue, Suite 1100 | | |
| | Phoenix, AZ 85012 | | |

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s):  (List All)     AllState Insurance Company

(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT:  ☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC

☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____
(Specify)

☐ RULE 8(h) COMPLEX LITIGATION APPLIES. Rule 8(h) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. **Please review Rule 8.1 for a complete list of the criteria.** See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category.** The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an **"X"** next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐101 Non-Death/Personal Injury
☐102 Property Damage
☐103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐111 Negligence
☐112 Product Liability – Asbestos
☐112 Product Liability – Tobacco
☐112 Product Liability – Toxic/Other
☐113 Intentional Tort

☐114 Property Damage
☐115 Legal Malpractice
☐115 Malpractice – Other professional
☐117 Premises Liability
☐118 Slander/Libel/Defamation
☐116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐121 Physician M.D.     ☐123 Hospital
☐122 Physician D.O     ☐124 Other

©Superior Court of Arizona in Maricopa County
   ALL RIGHTS RESERVED                              Page 1 of 2                          CV10f – 120116

Case No._____

## 130 CONTRACTS:

- ☐ 131 Account (Open or Stated)
- ☐ 132 Promissory Note
- ☐ 133 Foreclosure
- ☐ 138 Buyer-Plaintiff
- ☐ 139 Fraud
- ☐ 134 Other Contract (i.e. Breach of Contract)
- ☐ 135 Excess Proceeds-Sale
- ☐ Construction Defects (Residential/Commercial)
  - ☐ 136 Six to Nineteen Structures
  - ☐ 137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation
- ☐ 151 Eviction Actions (Forcible and Special Detainers)
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment
- ☐ 158 Quiet Title
- ☐ 160 Forfeiture
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action
  (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)
- ☐ 187 Real Property
- ☐ Special Action against Lower Courts
  (See lower court appeal cover sheet in Maricopa)

- ☐ 194 Immigration Enforcement Challenge
  (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See lower court appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute- Other
- ☐ 190 Declaration of Factual Innocence
  (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only
- ☐ 177 Interpleader– Automobile Only
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination
- ☒ 185 Employment Dispute-Other
- ☐ 195(a) Amendment of Marriage License
- ☐ 195(b) Amendment of Birth Certificate
- ☐ 163 Other _____
  (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- ☐ Antitrust/Trade Regulation
- ☐ Construction Defect with many parties or structures
- ☐ Mass Tort
- ☐ Securities Litigation with many parties
- ☐ Environmental Toxic Tort with many parties
- ☐ Class Action Claims
- ☐ Insurance Coverage Claims arising from the above-listed case types
- ☐ A Complex Case as defined by Rule 8(h) ARCP

**Additional Plaintiff(s)**

_____

_____

**Additional Defendant(s)**

_____

_____

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f - 120116

MICHAEL K. JEANES, CLERK
BY
*A. McLoone*
A. McLOONE, FILED

17 NOV -8 PM 4: 03

FOR CLERK'S USE ONLY

**Person Filing:** Preston Flood
**Address (if not protected):** 1500 North Central Avenue, Suite 1100
**City, State, Zip Code:** Phoenix, AZ 85012
**Telephone:** 480-216-4618 ext. 276
**Email Address:** prestonf@phillipsdayeslaw.com
**Lawyer's Bar Number:** 032764

Representing ☐ Self, without a Lawyer  or  ☒ Attorney for  ☒ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Paul Black

_____

PLAINTIFF,

vs.

Allstate Insurance Company

_____

DEFENDANT.

**Case Number:** CV 2017-014429

## CERTIFICATE OF COMPULSORY ARBITRATION

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs (does) / **does not** exceed limits set by Local Rule for compulsory arbitration. This case is / is not subject to compulsory arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

SUBMITTED this _7th_ day of _November_ , 20 _17_ .

BY _Preston Flood_

_____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED          Page 1 of 1

CV00f - 030617
Use current version

MICHAEL K. JEANES
Clerk of the Superior Court
By Angus McLoone, Deputy
Date 11/08/2017 Time 16:03:56
Description                        Amount
--------- CASE# CV2017-014429 ---------
CIVIL NEW COMPLAINT                322.00
----------------------------------------
TOTAL AMOUNT                       322.00
        Receipt# 26253095

# PHILLIPS DAYES

LAW FIRM

*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
PRESTON K. FLOOD, No. 032764
prestonf@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 276

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

CV 2017-014429

| | |
|---|---|
| PAUL BLACK, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| vs. | **(Arizona Wage Violation)** **(Breach of Contract)** |
| ALLSTATE INSURANCE COMPANY. | |
| Defendant. | |

Plaintiff Paul Black alleges the following:

### NATURE OF THE CASE

1.      Plaintiff seeks to recover unpaid wages and an award of treble damages, including interest thereon, statutory penalties, attorneys' fees and costs pursuant to A.R.S. §23-355 and *inter alia* A.R.S. §12-341.01.

2.      Plaintiff further seeks to recover damages stemming from Defendants' breach of contract including interest thereon, statutory penalties, attorneys' fees and costs pursuant to A.R.S. § 12-341.01

### JURISDICTION AND VENUE

3.  This Court has jurisdiction over the subject matter and the parties hereto pursuant to A.R.S. §§ 12-123 and 12-401.

4.  Venue is proper under A.R.S. § 12-401 as the events giving rise to these causes of action occurred in Maricopa County.

## PARTIES

5.  At all times material hereto, Plaintiff was and continues to be a resident of Maricopa County, Arizona.

6.  The Defendant Allstate Insurance Company is a National Insurance provider with multiple locations and customers in Maricopa County, Arizona.

## FACTUAL BACKGROUND

7.  On January 4th of 2016, Defendant and Plaintiff entered into written employment contract for Plaintiff to work as the Director of Security Engineering & Operations.

8.  Plaintiff was to be compensated at a salary of $216,000 per year.

9.  Plaintiff was also to receive a sign-on bonus of $140,000 to be paid in three installments, one of $70,000 and two subsequent installments of $35,000.

10.  Those installments were to be paid to Plaintiff in January of 2016, July of 2016, and January of 2017.

11.  The first installment was paid to Plaintiff with the issuance of the last paycheck of January of 2016.

12.  The second installment was paid to Plaintiff with the issuance of the last paycheck of July of 2016.

13.  The final paycheck of January 2017 was issued on January 20th, 2017.

14.   Plaintiff was still an employee of Defendant on January 20th, 2017.

15.   Plaintiff should have received his final sign-on bonus installment in the amount of $35,000 dollars on January 20th, 2017.

16.   Plaintiff never received the final installment of his sign-on bonus.

17.   The sign-on bonus was a "wage" as defined by A.R.S. §23-35).

18.   Defendant had no good faith basis to withhold the wages earned by Plaintiff.

19.   Plaintiff has retained the law firm of Phillips Dayes Law Firm PC to represent him in this litigation and have agreed to pay a reasonable fee for the services rendered in the prosecution of this action on his behalf.

**COUNT ONE**
**FAILURE TO PAY WAGES**

20.   Plaintiff incorporates and adopts the preceding paragraphs as if fully set forth herein.

21.   Upon information and belief, Defendant failed to pay Plaintiff "wages" (as that term is defined by A.R.S. §23-350) while Plaintiff was in the employ of Defendant.

22.   Plaintiff is owed his unpaid wages per the terms of his employment contract with Defendant.

23.   Defendant had no good faith basis to withhold the wages earned by Plaintiff.

24.   Pursuant to A.R.S. §23-355, Plaintiff is entitled to an award of treble the amount calculated above.

25.   Pursuant to, *inter alia,* A.R.S. §12-341.01, Plaintiff is entitled to an award of his attorneys' fees and costs incurred in this action.

## COUNT TWO
## BREACH OF CONTRACT

26.     Plaintiff incorporates and adopts the preceding paragraphs above as if fully set forth herein.

27.     Defendant breached their agreement to pay Plaintiff wages in accordance with the terms of their employment contract.

28.     Plaintiff tendered an offer for the supply of valuable consideration.

29.     Defendant accepted this offer.

30.     Plaintiff tendered valuable consideration and in doing so, incurred detriments.

31.     All conditions precedent for the Defendant's performance has been met.

32.     Defendant has refused to perform, and continues such refusal.

33.     Defendant has breached their contract with Plaintiff.

34.     Such breach violates the contract, as well as A.R.S. § 23-1501(3)(a).

35.     As a result of such breach, Plaintiff has been damaged as herein set forth.

36.     As a direct result of Defendant's breach of contract, Plaintiff suffered damages in an amount to be proven at trial.

37.     This action arises under the terms of a contract. Therefore, Plaintiff is entitled to recover his costs and reasonable attorneys' fees incurred herein pursuant to A.R.S. §§ 12-341 and 12-341.01(A).

38.     Such breach has caused harm to Plaintiff.

39.     Plaintiff is entitled to recover costs and attorney's fees caused by Defendant's breach of their employment contract pursuant to A.R.S. § 12-341.01.

WHEREFORE, Plaintiff respectfully requests that judgment be entered in his favor against Defendant:

        a.  Awarding Plaintiff his regular compensation in the amount due to him for all

wages that he has not been compensated for.

    b.  Awarding Plaintiff treble the amount calculated pursuant to the preceding paragraph.

    c.  Awarding Plaintiff's reasonable attorneys' fees and costs and expenses of the litigation pursuant to A.R.S. § 12-341.01.

    d.  For Plaintiff's costs incurred in this action.

    e.  Awarding Plaintiff pre-judgment interest, at the highest legal rate, on all amounts set forth in subsections (a) and (b) above from the date of the payment due for that pay period until paid in full.

    f.  Awarding Plaintiff post-judgment interest, at the highest legal rate, on all awards from the date of such award until paid in full.

    g.  Ordering any other and further relief as the Court deems just and proper.

    h.  Awarding Plaintiff's damages stemming from Defendants' breach of contract in an amount to be proven at trial.

    i.  Awarding Plaintiff's reasonable attorney's fees and costs and expenses of the litigation pursuant to A.R.S. § 12-341.01.

    j.  For such other and further relief as the Court deems just and proper.

Dated: November 7, 2017

Respectfully submitted,
**PHILLIPS DAYES LAW FIRM PC**

*Preston T. Flood*

Trey Dayes
Sean Davis
Preston Flood
prestonf@phillipslaw.com
Attorneys for Plaintiff

---

Complaint                                                                                      Page 5

Attorney or Party without Attorney
Sean C. Davis, Esq
Phillips Dyes National Employment Law Firm, P.C.
3101 N Central Ave, Suite 1100
Phoenix, AZ 85012
TELEPHONE No.: (602) 288-1610

Attorney for: Plaintiff Paul Black

Ref No. or File No.:
47113

DEC 21 2017 FILED 3:05 PM
MICHAEL K. JEANES, CLERK
By A. S. Romero
A. S. Romero, Deputy

Insert name of Court, and Judicial District and Branch Court:
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

Petitioner: Paul Black
Respondent: Allstate Insurance Company

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV2017-014429 |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.  At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Summon; Complaint; Certificate of Compulsory Arbitration

a.  Party served          Allstate Insurance Company c/o The Corporation Trust Company
b.  Person Served         Amy McLaren - Managing Agent
    Age: 35 yrs. Race: Caucasian  Sex: Female  Eyes:  Height: 5'7"  Weight: 140 lbs. Hair: Brown

    Address where served:  1209 N Orange St
                           Wilmington, DE 19801-1120

5.  I served the party
    a.  I personally delivered the documents to the party or person authorized to
        receive service of process for the party (1) on: 12/6/2017    (2) at: 2:45 PM

Person who served papers:
NATIONWIDE LEGAL   Name:  Daniel Newcomb
                   County of New Castle,
                   3150 N. 24TH STREET, D-104
                   Phoenix, AZ 85016
                   (602) 256.9700
                   www.nationwideasap.com

The fee for service was: $ 93.00

Date:  December 11, 2017

(Daniel Newcomb)

AZ103508

AZ103508.47113
**CERTIFICATE OF SERVICE**

FILED
DEC 21 2017 3:05pm
MICHAEL K. JEANES, CLERK
By ASRomero
A. S. Romero, Deputy

ORIGINAL

For Clerk's Use Only

Person Filing: Preston Flood
Address (if not protected): 3101 North Central Avenue Suite 1100
City, State, Zip Code: Phoenix, AZ 85012
Telephone: 602-288-1610 ext. 276
Email Address: prestonf@phillipsdayeslaw.com
Lawyer's Bar Number: _____

Representing  ☐ Self, without a Lawyer  or  ☒ Attorney for  ☒ Plaintiff   OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Paul Black
_____
Name of Plaintiff

And

Allstate Insurance Company
_____
Name of Defendant

Case No.: CV2017-014429
_____

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
**SUMMONS**      602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Allstate Insurance Company
_____
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. **If you do not want a judgment or order taken against you without your input,** you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**
   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**
   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**
   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CV11f -092917

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona  85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date                           NOV – 8 2017
                                          _____
                                          MICHAEL JEANES, CLERK OF COURT

By_____
                         Deputy Clerk

                                          A. McLoone
                                          Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 2 of 2                CV11f -092917

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Cain, Deputy
12/22/2017 12:53:00 PM
Filing ID 8950777

R. Shawn Oller; AZ Bar No. 019233
soller@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
Allstate Insurance Company

SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF MARICOPA

| | |
|---|---|
| PAUL BLACK,<br><br>                     Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>                     Defendant. | Case No. CV2017-014429<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>(Honorable Judge Margaret Mahoney) |

Defendant Allstate Insurance Company, and Plaintiff Paul Black hereby stipulate and jointly move the Court for an extension of time from December 26, 2017 to January 12, 2018 to respond to Plaintiff's Complaint.  Defendant is investigating the facts alleged in this matter and the Parties are requesting additional time for Defendant to conclude its investigation and respond accordingly.  Additionally, the Parties would like more time to explore the potential for early resolution of this matter before Defendant must incur the expense of preparing a formal response to the Complaint.

A proposed order is submitted herewith.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

RESPECTFULLY SUBMITTED this 22nd day of December, 2017

*/s/ Preston K. Flood (with permission)*          */s/ R. Shawn Oller*

Trey Dayes                                        R. Shawn Oller
Sean C. Davis                                     LITTLER MENDELSON, P.C.
Preston K. Flood                                  Attorneys for Defendant
PHILLIPS DAYES LAW FIRM                            Allstate Insurance Company
Attorneys for Plaintiff
Paul Black

I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

*/s/ R. Shawn Oller*

ORIGINAL of the foregoing e-filed this 22nd day of December, 2017 and a copy delivered this same date to:

Hon. Margaret Mahoney
Superior Court Judge
Via the e-filing system

And a copy mailed this same date to:

Trey Dayes
Sean C. Davis
Preston K. Flood
PHILLIPS DAYES LAW FIRM
3101 North Central Avenue, Suite 1100
Phoenix, Arizona  85012
*Attorneys for Plaintiff*

*/s/ Danielle Lohman*

Firmwide:151929925.1 074093.1000

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
C. Diaz, Deputy
12/27/2017 1:19:09 PM
Filing ID 8955567

**Person Filing: Shawn Oller**
**Address: Littler Mendelson**
     **2425 E Camelback Road, Ste 900**
     **Phoenix, AZ 85016**
**Telephone Number: (602) 474-3600**
**Bar Number:   019233, Issuing State AZ**

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**Black Vs. Allstate Insurance Company**

**CREDIT MEMO**

**Case Number: CV2017-014429**

**Form Set #2453940**

```
RECEIVED FROM:   Shawn Oller
PAYMENT FOR:     Allstate Insurance Company


PAYMENT IS FOR THE FOLLOWING:
        [X]  105 First Appearance Filing Fee


AMOUNT OF DEPOSIT:    $239.00
HOW PAID:
        [X]  EFILED
```

Skip To MainContent

[                    ]  [ Search ]

Civil Court Case Information - Case History

## Case Information

Case Number:     CV2017-014429          Judge:      Mahoney, Margaret
File Date:       11/8/2017              Location:   Downtown
Case Type:       Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Paul Black | Plaintiff | Male | Preston Flood |
| Allstate Insurance Company | Defendant | | Robert Oller |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 12/27/2017 | CAN - Credit Memo Appearance Fee Paid | 12/28/2017 | |
| **NOTE:** Credit Memo/Appearance Fee Paid | | | |
| 12/22/2017 | STP - Stipulation | 12/22/2017 | |
| **NOTE:** Stipulated Motion to Extend Deadline to Respond to Complaint | | | |
| 12/21/2017 | SUM - Summons | 12/26/2017 | |
| 12/21/2017 | AFS - Affidavit Of Service | 12/27/2017 | |
| **NOTE:** ALLSTATE INSURANCE COMPANY | | | |
| 11/8/2017 | COM - Complaint | 11/9/2017 | |
| 11/8/2017 | CCN - Cert Arbitration - Not Subject | 11/9/2017 | |
| 11/8/2017 | CSH - Coversheet | 11/9/2017 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

# EXHIBIT 2

# EXHIBIT 2

1  R. Shawn Oller; AZ Bar No. 019233
   soller@littler.com
2  Peter C. Prynkiewicz; AZ Bar No. 015256
   pprynkiewicz@littler.com
3  LITTLER MENDELSON, P.C.
   Camelback Esplanade
4  2425 East Camelback Road
   Suite 900
5  Phoenix, AZ  85016
   Telephone:   602.474.3600
6  Facsimile:    602.957.1801

7  Attorneys for Defendant
   Allstate Insurance Company

8

9                 SUPERIOR COURT OF THE STATE OF ARIZONA

10                          COUNTY OF MARICOPA

11

12  PAUL BLACK,                          Case No. CV2017-014429

13              Plaintiff,               **NOTICE TO ADVERSE PARTIES
                                         AND TO STATE COURT OF
14  v.                                   REMOVAL OF CIVIL ACTION
                                         TO FEDERAL COURT**
15  ALLSTATE INSURANCE COMPANY,
                                         (Honorable Judge Margaret Mahoney)
16              Defendant.
                                         (Complaint Filed:  November 8, 2017)
17

18  **TO:   PLAINTIFF PAUL BLACK AND MARICOPA COUNTY SUPERIOR COURT**

19         **CLERK OF THE STATE OF ARIZONA**

20         PLEASE TAKE NOTICE that on January 5, 2018, Defendant filed a Notice of

21  Removal of Civil Action under 28 U.S.C. §§ 1332, 1441(b) and 1446, and Local Rule of

22  Civil Procedure 3.6, with the Clerk of the United States District Court for the District of

23  Arizona.  A copy of the Notice of Removal is attached as **Exhibit A**.

24         Please also take notice that the filing of the Notice of Removal with the Clerk of this

25  Court effects the removal of the action in accordance with 28 U.S.C. § 1446(d).

26

27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1    RESPECTFULLY SUBMITTED this 5th day of January, 2018

2

3
                                        /s/ R. Shawn Oller
4                                       R. Shawn Oller
                                        Peter C. Prynkiewicz
5                                       LITTLER MENDELSON, P.C.
                                        Attorneys for Defendant
6                                       Allstate Insurance Company

7    ORIGINAL of the foregoing filed via
     AZTurboCourt and e-served this 5th day
8    of January, 2018 to:

9    Hon. Margaret Mahoney
     Superior Court Judge
10   Via the e-filing system

11   And a copy mailed this same date to:

12   Trey Dayes
     Sean C. Davis
13   Preston K. Flood
     PHILLIPS DAYES LAW FIRM
14   3101 North Central Avenue, Suite 1100
     Phoenix, Arizona 85012
15

16   /s/ Danielle Lohman

17   Firmwide:152066842.1 074093.1029

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

EXHIBIT 3

EXHIBIT 3

1  R. Shawn Oller; AZ Bar No. 019233
   soller@littler.com
2  Peter C. Prynkiewicz; AZ Bar No. 015256
   pprynkiewicz@littler.com
3  LITTLER MENDELSON, P.C.
   Camelback Esplanade
4  2425 East Camelback Road
   Suite 900
5  Phoenix, AZ  85016
   Telephone:   602.474.3600
6  Facsimile:    602.957.1801

7  Attorneys for Defendant
   Allstate Insurance Company
8

9              SUPERIOR COURT OF THE STATE OF ARIZONA

10                      COUNTY OF MARICOPA

11

12 | PAUL BLACK,                          | Case No. CV2017-014429 |

13 |            Plaintiff,                 | **NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

14 | v.                                    | |

15 | ALLSTATE INSURANCE COMPANY,           | (Honorable Judge Margaret Mahoney) |

16 |            Defendant.                 | (Complaint Filed:  November 8, 2017) |

17 **TO:   CLERK   OF   THE   SUPERIOR   COURT   OF   ARIZONA,   COUNTY   OF**

18 **MARICOPA**

19      PLEASE  TAKE  NOTICE  that  on  January  5,  2018,  Defendant  filed  a  Notice  of

20 Removal of Civil Action under 28 U.S.C. §§ 1332, 1441(b) and 1446, and Local Rule of

21 Civil Procedure 3.6, with the Clerk of the United States District Court for the District of

22 Arizona.  A copy of the Notice of Removal is attached as **Exhibit A**.

23      Please also take notice that the filing of the Notice of Removal with the Clerk of this

24 Court effects the removal of the action in accordance with 28 U.S.C. § 1446(d).

25

26

27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1    RESPECTFULLY SUBMITTED this 5th day of January, 2018

2

3
                                          /s/ R. Shawn Oller
4                                         R. Shawn Oller
                                          Peter C. Prynkiewicz
5                                         LITTLER MENDELSON, P.C.
                                          Attorneys for Defendant
6                                         Allstate Insurance Company

7    ORIGINAL of the foregoing filed via
     AZTurboCourt and e-served this 5th day
8    of January, 2018 to:

9    Hon. Margaret Mahoney
     Superior Court Judge
10   Via the e-filing system

11   And a copy mailed this same date to:

12   Trey Dayes
     Sean C. Davis
13   Preston K. Flood
     PHILLIPS DAYES LAW FIRM
14   3101 North Central Avenue, Suite 1100
     Phoenix, Arizona 85012
15

16   /s/ Danielle Lohman

17   Firmwide:152066929.1 074093.1029

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-